**UNITED STATES DISTRICT COURT**

**MIDDLE DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| **JOHNNY CASTON** | * | **CIVIL ACTION NO.** |
| | * | |
| **VERSUS** | * | **DOCKET NO.** |
| | * | |
| **UNITED OF OMAHA LIFE INSURANCE COMPANY** | * | **SECTION " "** |
| | * | |
| | * | |

* * * * * * * * * * * * * * *

**COMPLAINT**

Complainant, **JOHNNY CASTON**, a natural person of the full age of majority, domiciled and residing in the City of Denham Springs, Parish of Livingston, State of Louisiana, with respect, avers:

I.

Defendant, **UNITED OF OMAHA LIFE INSURANCE COMPANY**(hereinafter "UNITED"), is a foreign insurance corporation, having the State of Nebraska as its state of incorporation and principal business establishment, authorized to do and doing business within this district of the State of Louisiana.

II.

This Court has jurisdiction over this controversy on the grounds of Diversity of Citizenship, as Complainant is a citizen of the State of Louisiana, and Defendant is a citizen of a state other than Louisiana, and the amount in controversy exceeds $75,000.

III.

Alternatively, this Court has jurisdiction over this controversy on the grounds of Federal Question Jurisdiction under ERISA.

IV.

While an insured under a disability insurance policy issued by **UNITED**, during February of 2016, Complainant became, is now and will remain in a continuous state of disability and/or reduced ability to perform his own occupation or secure any gainful employment due to a combination of medical conditions affecting Claimant's spine and nerves and other parts of Claimant's body and requiring medications.

V.

At all relevant times, in full force and effect was a policy of disability insurance issued by defendant, **UNITED**, which insures Complainant and the employee benefits plan ("The Plan") of Complainant's former employer, and which entitles Complainant to benefits for the above-described disability.

VI.

The Complainant has become, and will remain into the future, disabled within the meaning of The Plan and the disability insurance policy written by **UNITED**.

VII.

Defendant, **UNITED,** has refused to pay benefits to which Plaintiff is clearly entitled under The Plan, the **UNITED** insurance policy and the applicable law.

VIII.

Defendant, **UNITED**, has breached its fiduciary duty to the Complainant by refusing to pay the total disability benefits to which he is entitled under The Plan and the disability insurance policy issued by **UNITED**.

IX.

The actions of Defendant, **UNITED**, constitute arbitrary and capricious failure to pay benefits which are clearly due to the Complainant, despite adequate proof of loss.

X.

The Complainant is entitled to receive total disability benefits as defined by The Plan and the **UNITED** insurance policy.

XI.

The Complainant is further entitled to all costs of these proceedings, and attorney's fees from **UNITED**, expended by Complainant in pursuit of his claims.

**WHEREFORE**, Complainant, **JOHNNY CASTON**, prays for judgment in his favor and against Defendant, **UNITED OF OMAHA LIFE INSURANCE COMPANY,** for benefits, enforcing her rights and clarifying her rights to future benefits, in such an amount as will fairly and fully compensate Complainant according to law, together with legal interest, costs, and attorney's fees and for all legal and equitable relief as this Court is empowered to grant.

Respectfully Submitted,

S/J. Price McNamara

______________________________

**J. PRICE McNAMARA** (20291)
10455 Jefferson Highway, Ste. 2B
Baton Rouge, LA 70809
Telephone: 225-201-8311
Facsimile: 225-201-8313
Attorney for Complainant